## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John J. Ekholm

                      Plaintiff,

v.                                           Case No.: 1:17–cv–03599
                                                    Honorable Robert M. Dow Jr.

The University of Chicago

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2017:

      MINUTE entry before the Honorable Jeffrey Cole:Settlement conference held. The case is settled and the material terms of the settlement agreement were placed on the record. and the record was ordered sealed except that the parties and their counsel may have access to it without further order of court. The parties agree that contract formation occurred today even though there agreement contemplated a future written document. Phrased differently, the execution of the contemplated agreement is not a condition precedent to contract formation. See Alliance for Water Efficiency v. Fryer, 808 F.3d 1153 (7th Cir. 2015); PFT Roberson, Inc. v. Volvo Trucks North America, Inc.,420 F.3d 728, 731 (7th Cir.2005). I would be remiss if I did not take special note of the parties; counsel –– Randall Gold, of Fox & Fox, S.C. and Renee Kessel, counsel for the plaintiff, and Sara Marmor of Scharf Banks Marmor LLC, and Elizabeth Shanin counsel for defendant. They displayed a degree of excellence and courtesy and professionalism that is unfortunately rare in today's fractious atmosphere. Their conduct is proof that lawyers can act civilly and courteously in their dealings with opposing counsel without sacrificing in the slightest the obligations they owe to their clients. All matters relating to the referral having been resolved, the referral is closed and the case returned to Judge Dow. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.