## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John J. Ekholm

         Plaintiff,

v.               Case No.: 1:17–cv–03599
                Honorable Robert M. Dow Jr.

The University of Chicago

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2017:

  MINUTE entry before the Honorable Robert M. Dow, Jr: The parties have advised the Court that the matter has settled. Status hearing set for 11/13/17 is cancelled and reset to 12/14/17 at 9:00 a.m. If a stipulation of dismissal is filed before the next status hearing, the hearing will be cancelled and the case closed. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.