IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. EKHOLM,<br>        Plaintiff<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO,<br>an Illinois not for profit corporation,<br><br>        Defendant | ) Case No. 1:17-cv-3599<br>)<br>) Judge Robert M. Dow, Jr.<br>)<br>) Magistrate Judge Jeffrey Cole<br>) |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, John J. Ekholm, and Defendant, The University of Chicago, by and through their undersigned attorneys, that upon presentation of this Stipulation to the United States District Court for the Northern District of Illinois, the Court shall dismiss the Complaint and Plaintiff's action, with prejudice, and with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

s/Renee F. Kessel
Attorney at Law
55 W. Delaware
Chicago, Illinois 60610
ATTORNEY FOR PLAINTIFF

s/Sarah Marmor
Scharf Banks Marmor LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60606
ATTORNEY FOR DEFENDANT

s/Randall B. Gold
Fox & Fox, S.C.
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
ATTORNEY FOR PLAINTIFF

s/George Sax
Scharf Banks Marmor LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60601
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of November, 2017, I electronically filed a STIPULATION FOR DISMISSAL, with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

    s/ Randall B. Gold